IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHONDA PHILLIPS, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>ARCADIA SETTLEMENTS GROUP, )<br>INC.(f/k/a EPS Settlements )<br>Group of Alabama, Inc.); )<br>et al., )<br>  )<br>  Defendants. ) | CIVIL ACTION NO.<br>2:20cv424-MHT<br>(WO) |

### ORDER

Upon consideration of plaintiff's motion to remand (doc. no. 11), it is the ORDER, JUDGMENT, and DECREE of the court that the motion is granted and that, pursuant to 28 U.S.C. § 1447(c), this cause is remanded to the Circuit Court of Bullock County, Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 25th day of August, 2020.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE